UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DIEGO URIEL PEREZ-SEGURA,

     Petitioner,

v.

DAVID VENTURELLA, et al.,

     Respondents.

No. 1:26-CV-337-H

## **ORDER**

Before the Court is Diego Uriel Perez-Segura's petition for a writ of habeas corpus. Dkt. No. 1.  The respondents advise the Court that Perez-Segura was removed from the United States the same day that the petition was filed.  *See* Dkt. No. 7 at 1.  Because Perez-Segura is no longer in custody, the Court concludes that his claims are moot.  *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing").  Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on July 14, 2026.

 

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE